UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>**ANGEL AUMARIS GALEN**<br><br>Debtor<br><br>TRANSPORT FUNDING, LLC<br><br>Movant<br><br>vs.<br><br>**ANGEL AUMARIS GALEN**<br><br>Respondent | Chapter 7<br><br>Case Number: 5:15-bk-03794-JJT<br><br>Judge: Hon. John J. Thomas |

## **CERTIFICATION OF NON-CONCURRENCE**

I certify that both prior to filing the within motion for relief from stay, I sought the concurrence of the Debtor's counsel, Tullio DeLuca, Esq., and did not receive a response.

Respectfully submitted,
MAURICE WUTSCHER, LLP

By **/s/ Thomas R. Dominczyk**
Thomas R. Dominczyk, Esq.
PA Attorney ID: 85248
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822
(908) 237-4550
(908) 237-4551 fax
tdominczyk@mauricewutscher.com

Date: 8/1/2016