# TULLIO DeLUCA
**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ Street
Scranton, Pennsylvania 18504
Phone (570) 347-7764  Fax (570) 347-7763
Email: tullio.deluca@verizon.net

August 22, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re:   Angel Aumaris Galan
                  Chapter 13 Bankruptcy
                  Case No. 15-03794

Dear Sir/Madam:

    I have received returned mail for **PENNYMAC LOAN SERVICES, a creditor** in the above captioned bankruptcy. The incorrect address the mail was sent to was: Attn. Collection Dept. PO BOX 30567 LOS ANGELES, CA 90030-0567. Please be advised the correct information is as follows:

                PENNY MAC LOAN SERVICES, LLC
                6101 CONDOR DRIVE, STE 200
                MOORPARK, CA 93021-2602

I served the Order of Discharge at the above address on August 23, 2016. Please correct the mailing matrix.

    Thank you for assistance in this matter.

                Very truly yours,

                /s/ Tullio DeLuca, Esquire

TD/th