```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                       Case No. 15-03794-JJT
Angel Aumaris Galan                                          Chapter 7
         Debtor             CERTIFICATE OF NOTICE
```

District/off: 0314-5        User: admin          Page 1 of 1             Date Rcvd: Sep 19, 2016
                            Form ID: fnldecac    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2016.
db              +Angel Aumaris Galan,    121 Hells Kitchen Ct.,    Drums, PA 18222-1030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
              Joseph P Schalk    on behalf of Creditor    Pennymac Loan Services, LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               tshariff@schillerknapp.com,    tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Paul William Cressman    on behalf of Creditor    Pennymac Loan Services, LLC pamb@fedphe.com
              Thomas Robert Dominczyk    on behalf of Creditor    Transport Funding, LLC
               tdominczyk@mauricewutscher.com
              Tullio  DeLuca    on behalf of Debtor Angel Aumaris Galan tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,   wschwab@ecf.epiqsystems.com
                                                                                             TOTAL: 8

**fnldecac** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Angel Aumaris Galan<br>aka Angel A. Galan, aka Angel Galan<br>121 Hells Kitchen Ct.<br>Drums, PA 18222 | Chapter 7<br>Case No. 5:15–bk–03794–JJT |

Last four digits of Social–Security, Individual Taxpayer–Identification, Employer Tax–Identification No(s)(if any):
xxx–xx–5127

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**William G Schwab (Trustee)**

is discharged as trustee of the estate of the above–named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 16, 2016

BY THE COURT
By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk